No. 13-1635

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 23, 2014
DEBORAH S. HUNT, Clerk

BIBLE BELIEVERS, ET AL.,                                      )
                                                             )
          Plaintiffs-Appellants,                             )
                                                             )
v.                                                           )
                                                             )          O R D E R
WAYNE COUNTY, ET AL.,                                        )
                                                             )
          Defendants-Appellees.                              )
                                                             )
                                                             )
                                                             )

**BEFORE: COLE, Chief Judge; BOGGS, BATCHELDER, MOORE, CLAY, GIBBONS, ROGERS, SUTTON, COOK McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.**

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(b) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**